IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY WILLIAMS,
    et al.,

        Plaintiffs,

vs.

        Case No. C2-08-046
        Judge Edmund A. Sargus, Jr.
        Magistrate Judge Mark R. Abel

DUKE ENERGY INTERNATIONAL
    INC.,
        et al.,

        Defendants.

## DOCKET ADMINISTRATION ORDER

    The Court has reviewed Plaintiffs' Motion for Preliminary Injunction. The Court will rule on the Motion following its consideration and disposition of Defendants' Objections to the Magistrate Judge's Order staying discovery and Defendants' Motions to Dismiss.

    Defendants' first Motion to Dismiss (Doc. #16) is **DENIED AS MOOT**. The Clerk is **DIRECTED** to remove the Motion from the Court's pending cases and motions list.

    **IT IS SO ORDERED.**

9-24-2008
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE