IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY WILLIAMS,
    et al.,

        Plaintiffs,

vs.

        Case No. C2-08-046
        Judge Edmund A. Sargus, Jr.
        Magistrate Judge Mark R. Abel

DUKE ENERGY INTERNATIONAL
    INC.,
        et al.,

        Defendants.

## ORDER

Defendant's Motion to Stay Briefing on Plaintiff's Motion for Preliminary Injunction (Doc. 61) is **DENIED**. Defendant may have until October 23, 2008 to file its Memorandum in Opposition to Plaintiff's Motion. Plaintiffs may thereafter file their Reply by November 7, 2008.

IT IS SO ORDERED.

\_\_10-7-2008_____
DATED                                                       EDMUND A. SARGUS, JR.
                                                      UNITED STATES DISTRICT JUDGE