# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

ANTHONY WILLIAMS,
 et al.,

  Plaintiffs,

vs.

Case No. C1-08-046
Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel

DUKE ENERGY INTERNATIONAL
 INC.,
  et al.,

  Defendants.

Defendant Duke Energy International Inc.'s Motion to Stay Plaintiffs' Motion for Class Certification is granted in part. This case is scheduled for mediation on November 19, 2008, Defendants have motions to dismiss pending, and the Court has ordered the parties to brief whether to hold this case in abeyance pending a decision by the Public Utilities Commission of Ohio. Given the posture of this case, Defendants' obligation to respond to Plaintiffs' Motion for Class Certification will be postponed until **TWENTY-ONE (21) DAYS** after the Court's disposition of the motions to dismiss and/or the motion to hold the matter in abeyance, if appropriate.

  **IT IS SO ORDERED.**

11-13-2008
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE