AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ANTHONY WILLIAMS, et al.,**

       **Plaintiffs,**

                        **JUDGMENT IN A CIVIL CASE**

**vs.**

                        **CASE NO. C1-08-046**
**DUKE ENERGY INTERNATIONAL**     **JUDGE EDMUND A. SARGUS, JR.**
**INC., et al.,**                             **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

                                                **Defendants.**

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the Opinion and Order filed March 31,2009, JUDGMENT is hereby entered in favor of Defendants. This case is DISMISSED.**

Date: March 31, 2009                             JAMES BONINI, CLERK

                                                /S/ Andy F. Quisumbing
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk