UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY WILLIAMS, et al.,

    Plaintiffs,

v.

DUKE ENERGY CORPORATION, et al.,

    Defendants.

Case No. 1:08-cv-46
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

This matter is before the Court on the Defendants' Motion to Stay, in which the Defendants request a stay of this action pending decision of the United States Supreme Court on the Defendants' Petition for Writ of Certiorari. (Doc. No. 125.) On January 14, 2013, the Supreme Court denied the Defendants' Petition. Thus, the Defendants' Motion to Stay has been rendered moot and is, therefore, **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

\_\_1-29-2013_____
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE