IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Williams, *et al.*, | : | |
| Plaintiffs | : | Civil Action 1:08-cv-00046 |
| v. | : | Judge Sargus |
| Duke Energy International, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Status Conference Order

On January 29, 201e, counsel for the parties participated in a scheduling conference with the Magistrate Judge.

Duke Energy's petition for a writ of certiorari with the United States Supreme Court was denied on January 14 (doc. 140). Consequently, Duke Energy's motion to stay discovery in this court (doc. 125) is DENIED as MOOT.

Settlement. The parties hope to mediate with Magistrate Judge King in mid- to late-February.

Status report required. Counsel are DIRECTED to call my office (614.719.3370) **within 14 days of the conclusion of the mediation process** to schedule a conference to discuss case scheduling. Before the status conference, counsel should confer and agree to a proposed schedule for class certification discovery and briefing a motion to certify. They

should also outline the merits discovery each will likely need and rough out a schedule for completing it and expert discovery.

s/Mark R. Abel
United States Magistrate Judge
