IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANTHONY WILLIAMS,** *et al.*,

    **Plaintiffs,**

  vs.                                     **Civil Action 1:08-CV-0046**
                                              **Judge Sargus**
                                              **Magistrate Judge Abel**

**DUKE ENERGY INTERNATIONAL, INC.,**
*et al.*,

    **Defendants.**

## ORDER

The Court conferred with counsel for all parties on February 11, 2013.

Defendants have remedied their earlier failure to comply with the December 6, 2012 *Order*, Doc. No. 138, and the Court concludes that, under the circumstances, sanctions are unwarranted.

Plaintiffs will provide to defendants their theory (theories) of damages and a calculation of their damages no later than February 28, 2013.

Another mediation will be held in the chambers of the undersigned on March 13, 2013, beginning at 10:00 a.m. Persons with full negotiating and settlement authority must attend that mediation.

                                                    *s/ Norah McCann King*
                                                    Norah McCann King
February 11, 2013                             United States Magistrate Judge