UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY WILLIAMS, *et al.*

       Plaintiffs,

v.

DUKE ENERGY INTERNATIONAL, INC., et al.,

       Defendants.

Case No. 1:08-cv-00046
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On September 30, 2015, this Court held a telephone conference to discuss the status of this case. This case is administratively stayed subject to request to re-open by either party.

IT IS SO ORDERED.

9-30-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE