UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY WILLIAMS, *et al.*

                Plaintiffs,

v.

DUKE ENERGY INTERNATIONAL,
INC., *et al.*,

                Defendants.

Case No. 1:08-cv-00046
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On April 19, 2016, this Court will hold a fairness hearing regarding the provisions of the proposed class action settlement in this case. In support of final approval of the class action settlement, counsel for Plaintiffs have moved to file, under seal, materials supporting plaintiffs' counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses. (ECF No. 261.) For good cause shown, including the claim that some portions of the materials are privileged, the Court **GRANTS** the motion to file these materials under seal. *See* Local Rule 5.2.1.

IT IS SO ORDERED.

4-15-2016

_____
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE