# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANTHONY WILLIAMS,** *et al.*

    **Plaintiffs,**

v.

**DUKE ENERGY INTERNATIONAL, INC.,** et al.,

    **Defendants.**

Case No. 1:08-cv-00046
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Norah McCann King**

## ORDER GRANTING PLAINTIFFS' MOTION FOR THIRD CLASS DISTRIBUTION AND TRANSFER OF FUNDS (ECF NO. 280)

This matter is before the Court on Plaintiffs' November 15, 2017, unopposed Motion for Third Class Distribution and Transfer of Funds (Mot., ECF No. 280), pursuant to Rule 23 of the Federal Rules of Civil Procedure. In support, the Motion contains a Memorandum and two supporting declarations. These declarations include supplementary information detailing the claims process undertaken by Plaintiff's Counsel, the Settlement Administrator, and Media Stew, LLC since the Court's May 11, 2017 Order (ECF No. 279) granting Plaintiff's Motion for Second Class Distribution. (Markovits Decl., ECF No. 281, Fraga Decl., ECF No. 282). The Motion for Third Class Distribution requests the Court to approve and reject certain claims that have been reviewed after the Order Granting Plaintiff's Motion for Second Class Distribution, and to approve certain expenses that have been incurred related to that review. The Court has reviewed the Motion and supporting documents, and hereby **GRANTS** the Motion (ECF No. 280).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Court approves claims that the Plaintiffs' Counsel has determined, based on the Claims Administrator's recommendation, should be deemed valid through waiver of minor deficiencies in the claim, as well as the reissuance of undeliverable or uncashed checks for previously approved claims due to pending claimant requests;

2. The Court approves the additional rejection of ineligible claims as determined by the Claims Administrator;

3. The Court approves the reissuance of checks for previously approved claims and any other valid and timely reissue requests that may be received before the date of this Order;

4. The Court approves payment of technical support expenses to database consultant Media Stew of $9,230.00 from the fund identified in paragraph 16(d) of the Stipulation;

5. The Court approves payment of additional claims administrator expenses of $286,760.00 from the fund identified in paragraph 16(d) of the Stipulation;

6. The Court approves the retention of $100,000.00 in Plaintiffs' Counsel's IOLTA account to address any remaining claims issues, with a final distribution, if any, and transfer of remaining funds to take place within a period not to exceed six months from the date of the proposed Order;

7. The Court approves the exhaustion of the approximately $20,313.15 remaining in the Residential Class Member and the Non-Residential Class Members Funds still being held at KeyBank, and an additional $6,842.20 from the Settlement Fund for the recommended additional payments totaling $27,155.35 to Class Members;

8. The Court approves the transfer of all funds remaining after the previous items to the Class Benefit Fund pursuant to the Stipulation.

**IT IS SO ORDERED.**

11-21-2017
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**